# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: § Case No. 13-00684
David C Tuuk § Chapter 7
Christine L Tuuk §
 Debtor(s) §
 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION AND
## DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

 Clerk of the Court
 219 South Dearborn
 Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

 Date: 5/29/2015
 Time: 9:00 A.M.
 Location: Joliet City Hall
 Second Floor
 150 West Jefferson Street
 Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 4/28/2015 By: _/s/ Joji Takada_
 Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
David C Tuuk § Case No. 13-00684
Christine L Tuuk §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 100,000.00 |
| and approved disbursements of | $ | 91,433.76 |
| leaving a balance on hand of[1] | $ | 8,566.24 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| | Colfin Bulls a Finance Sub, LLC | $ 75,675.16 | $ 75,675.16 | $ 75,675.16 | $ 0.00 |

| | |
|---|---:|
| Total to be paid to secured creditors | $ 0.00 |
| Remaining Balance | $ 8,566.24 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 8,250.00 | $ 0.00 | $ 4,250.00 |
| Attorney for Trustee Fees: Frank Gecker LLP | $ 2,500.00 | $ 2,500.00 | $ 0.00 |
| Attorney for Trustee Expenses: Frank Gecker LLP | $ 58.74 | $ 58.74 | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,403.75 | $ 0.00 | $ 1,403.75 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 5,653.75 |
| Remaining Balance | $ 2,912.49 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 33,921.04 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Illinois Department Of Revenue | $ 341.00 | $ 0.00 | $ 29.28 |
| 4 | State Of Arizona Ex Rel | $ 33,580.04 | $ 0.00 | $ 2,883.21 |

| | |
|---|---|
| Total to be paid to priority creditors | $ 2,912.49 |
| Remaining Balance | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 348,069.07 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
|  | Illinois Department Of Revenue | $ 64.10 | $ 0.00 | $ 0.00 |
| 1 | DISCOVER BANK | $ 3,156.23 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | N. A. Capital One Bank (Usa) | $ 534.40 | $ 0.00 | $ 0.00 |
| 5 | Fsb American Express Bank | $ 3,945.26 | $ 0.00 | $ 0.00 |
| 6 | N. A. Capital One | $ 326.29 | $ 0.00 | $ 0.00 |
| 7 | GE Capital Retail Bank | $ 3,225.63 | $ 0.00 | $ 0.00 |
| 8 | Capital Recovery V, Llc | $ 442.92 | $ 0.00 | $ 0.00 |
| 9 | Ally Financial Inc. | $ 5,414.98 | $ 0.00 | $ 0.00 |
| 10 | Colfin Bulls A Finance Sub, Llc | $ 330,369.26 | $ 0.00 | $ 0.00 |
| 11 | Portfolio Recovery Associates, Llc | $ 590.00 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors                 $             0.00

Remaining Balance                                                                           $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                                                            Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:
David C Tuuk
Christine L Tuuk
　　　Debtors

Case No. 13-00684-BWB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　　User: bchavez　　　　　　Page 1 of 2　　　　　　Date Rcvd: Apr 29, 2015
　　　　　　　　　　　　　　Form ID: pdf006　　　　Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 01, 2015.
```
db             #+David C Tuuk,    827 Somerset Street,    New Lenox, IL 60451-1952
jdb             Christine L Tuuk,    7208 170th Place,    Tinley Park, IL 60477-2602
19940029        American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
19894562        American Express Costco,    PO Box 98135,    El Paso, TX 79998-1535
19894565        Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
20118960        Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
20414344        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19894566       +Chase Home Finance,    c/o Codilis Associates PC,    15W030 N Frontage Rd Ste 100,
                 Burr Ridge, IL 60527-6921
19894567       +CitiBank Home Depot,    PO Box 6497,    Sioux Falls, SD 57117-6497
20460724       +Colfin Bulls A Finance Sub, LLC,    Scott Schrieber,    55 W Monroe Suite 1200,
                 Chicago, IL 60603-5127
19894574       +Great Lakes Kwik Space,    c/o Coface Collections,    PO Box 1389,    Kenner, LA 70063-1389
19894575        HSBC Best Buy,    PO Box 5893,    Carol Stream, IL 60197-5893
19894576        HSBC Retail Services,    PO Box 5893,    Carol Stream, IL 60197-5893
19894577      ++ILLINOIS DEPARTMENT OF REVENUE,    BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court: Illinois Dept of Revenue,    Bankruptcy Section, Level 7-425,
                 100 W Randolph Street,    Chicago, IL 60606)
20088025        Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,
                 Chicago, IL 60664-0338
19894579       +Maria Lugo,    co Div of Child Support Enforcement,    PO Box 40458,    Phoenix, AZ 85067-0458
19894580       +NuWay Disposal Service Inc,    PO Box 9,    Mokena, IL 60448-0009
19894581        PNC,    Midland Loan Services,    PO Box 25965,    Shawnee Mission, KS 66225-5965
20485829      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                 successor to GE CAPITAL RETAIL BANK,    PO Box 41067,    Norfolk, VA 23541)
19894582       +Rosehill Creek Nursery Inc,    12249 W Delaney Road,    Manhattan, IL 60442-9253
20211287        State Of Arizona ex rel,    Dept Of Economic Security (Maria De Keys,
                 Todd Sheridan Assistant Attorney General,    1275 W Washington Ste Code 775-C,
                 Phoenix, AZ  85007
19894583       +Target,    c/o Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
19894584        Target National Bank,    3901 West 53rd St,    Sioux Falls, SD 57106-4216
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19894563       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 30 2015 01:23:10     AT&T,
                 c/o Credit Collection Services,    Two Wells Ave,    Newton Center, MA 02459-3225
19894560       +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2015 01:20:06     Ally Financial,
                 PO Box 380901,    Minneapolis, MN 55438-0901
20451818       +E-mail/Text: ally@ebn.phinsolutions.com Apr 30 2015 01:20:06     Ally Financial Inc.,
                 P O Box 130424,    Roseville, MN 55113-0004
19894561       +E-mail/Text: bankruptcydepartment@ncogroup.com Apr 30 2015 01:21:45     American Express,
                 c/o NCO Financial Systems Inc,    507 Prudential Rd,    Horsham, PA 19044-2308
19894564       +E-mail/Text: credit@atlaslift.com Apr 30 2015 01:20:10     Atlas Companies,
                 5050 North River Road,    Schiller Park, IL 60176-1092
20447271        E-mail/PDF: rmscedi@recoverycorp.com Apr 30 2015 01:17:35     Capital Recovery V, LLC,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
19894568        E-mail/PDF: mrdiscen@discover.com Apr 30 2015 01:34:18     Discover,    PO Box 30943,
                 Salt Lake City, UT 84130
20044036        E-mail/PDF: mrdiscen@discover.com Apr 30 2015 01:34:18     Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
19894569        E-mail/Text: Bankruptcy.Consumer@dish.com Apr 30 2015 01:21:24     Dish,    Dept 0063,
                 Palatine, IL 60055-0063
19894570        E-mail/Text: capitalbankruptcynotice@ge.com Apr 30 2015 01:22:14     GE Capital,    PO Box 3083,
                 Cedar Rapids, IA 52406-3083
20447243        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2015 01:17:33     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
19894571       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2015 01:17:33     GECRB Hustler,
                 Bankruptcy Department,    PO Box 103104,    Roswell, GA 30076-9104
19894572        E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2015 01:17:14     GECRB Walmart,    PO Box 965023,
                 Orlando, FL 32896-5023
19894573       +E-mail/PDF: gecsedi@recoverycorp.com Apr 30 2015 01:17:14     GEMB Sams Club,    PO Box 103104,
                 Roswell, GA 30076-9104
19894578        E-mail/Text: bnckohlsnotices@becket-lee.com Apr 30 2015 01:20:32     Kohls,
                 Kohls Payment Center,    PO Box 3043,    Milwaukee, WI 53201-3043
                                                                                               TOTAL: 15
```

　　　　***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
District/off: 0752-1          User: bchavez              Page 2 of 2                  Date Rcvd: Apr 29, 2015
                              Form ID: pdf006            Total Noticed: 38

20305462*       American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20217398*       State Of Arizona ex rel,    Dept Of Economic Security (Maria De Keys,
                 Todd Sheridan Assistant Attorney General,    1275 W Washington Ste Code 775-C,
                 Phoenix, AZ   85007
                                                                                               TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 01, 2015                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 28, 2015 at the address(es) listed below:
              Alonzo H Zahour    on behalf of Debtor David C Tuuk ahzlawyer@aol.com
              Alonzo H Zahour    on behalf of Joint Debtor Christine L Tuuk ahzlawyer@aol.com
              Joji  Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Accountant James J Diamico trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Maria  Georgopoulos    on behalf of Creditor    JPMorgan Chase Bank, National Association
               nd-three@il.cslegal.com
              Patrick M. Jones    on behalf of Creditor    ColFin Bulls A Finance Sub, LLC pjones@stahlcowen.com,
               TDeacon@stahlcowen.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Rebecca S Vicario    on behalf of Creditor    ColFin Bulls A Finance Sub, LLC
               bvicario@stahlcowen.com
              Scott N. Schreiber    on behalf of Creditor    ColFin Bulls A Finance Sub, LLC
               sschreiber@clarkhill.com, jwoyan@clarkhill.com
              Zane L Zielinski    on behalf of Trustee Joji  Takada zzielinski@wfactorlaw.com,
               nbouchard@wfactorlaw.com
                                                                                               TOTAL: 11
```