# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| David C Tuuk | § | Case No. 13-00684 |
| Christine L Tuuk | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee                , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 158,003.00 *(Without deducting any secured claims)* | Assets Exempt: 37,100.00 |
| Total Distributions to Claimants:  78,587.65 | Claims Discharged Without Payment:  780,725.50 |
| Total Expenses of Administration:  21,412.35 | |

3) Total gross receipts of $ 100,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 100,000.00  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 322,911.98 | $ 75,675.16 | $ 75,675.16 | $ 75,675.16 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 21,412.35 | 21,412.35 | 21,412.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 65,785.20 | 33,921.04 | 33,921.04 | 2,912.49 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 60,020.88 | 423,744.23 | 348,069.07 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ 448,718.06 | $ 554,752.78 | $ 479,077.62 | $ 100,000.00 |

4) This case was originally filed under chapter 7 on  01/08/2013 .  The case was pending for 31 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  07/18/2015                      By:/s/Joji Takada, Chapter 7 Trustee
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 10 Acres In Green Gardens, Illinois | 1110-000 | 100,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 100,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 3,600.00 | NA | NA | 0.00 |
| | Chase Home Finance c/o Codilis Associates PC 15W030 N Frontage Rd Ste 100 Burr Ridge, IL 60527 | | 219,311.98 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | PNC Midland Loan Services PO Box 25965 Shawnee Mission, KS 66225-5965 | | 100,000.00 | NA | NA | 0.00 |
| | Colfin Bulls a Finance Sub, LLC | 4110-000 | NA | 75,675.16 | 75,675.16 | 75,675.16 |
| TOTAL SECURED CLAIMS | | | $ 322,911.98 | $ 75,675.16 | $ 75,675.16 | $ 75,675.16 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| 2013 and 2014 Tax proration | 2500-000 | NA | 114.04 | 114.04 | 114.04 |
| Title charges | 2500-000 | NA | 2,250.00 | 2,250.00 | 2,250.00 |
| Will County Clerk--fees and taxes | 2500-000 | NA | 460.80 | 460.80 | 460.80 |
| Associated Bank | 2600-000 | NA | 21.52 | 21.52 | 21.52 |
| The Bank of New York Mellon | 2600-000 | NA | 177.50 | 177.50 | 177.50 |
| Clerk, U.S. Bankruptcy Court | 2700-000 | NA | 176.00 | 176.00 | 176.00 |
| Frank Gecker LLP | 3210-000 | NA | 2,500.00 | 2,500.00 | 2,500.00 |
| Frank Gecker LLP | 3220-000 | NA | 58.74 | 58.74 | 58.74 |
| Callero and Callero LLP | 3410-000 | NA | 1,403.75 | 1,403.75 | 1,403.75 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Real estate broker's commission | 3510-000 | NA | 10,000.00 | 10,000.00 | 10,000.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 21,412.35 | $ 21,412.35 | $ 21,412.35 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Dept of Revenue Bankruptcy Section, Level 7- 425 100 W Randolph Street Chicago, IL 60606 | | 100.00 | NA | NA | 0.00 |
| | Illinois Dept of Revenue Bankruptcy Section, Level 7- 425 100 W Randolph Street Chicago, IL 60606 | | 842.60 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Maria Lugo;co Div of Child Support Enforcement;PO Box 40458;Phoenix, AZ 85067 | | 32,000.00 | NA | NA | 0.00 |
| 2 | Illinois Department Of Revenue | 5800-000 | 842.60 | 341.00 | 341.00 | 29.28 |
| 4 | State Of Arizona Ex Rel | 5800-000 | 32,000.00 | 33,580.04 | 33,580.04 | 2,883.21 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ 65,785.20 | $ 33,921.04 | $ 33,921.04 | $ 2,912.49 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 151.07 | NA | NA | 0.00 |
| | Ally Financial PO Box 380901 Minneapolis, MN 55438 | | 5,414.98 | NA | NA | 0.00 |
| | American Express Costco PO Box 98135 El Paso, TX 79998-1535 | | 3,945.26 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT&T c/o Credit Collection Services Two Wells Ave Newton Center, MA 02459 | | 54.63 | NA | NA | 0.00 |
| | Atlas Companies 5050 North River Road Schiller Park, IL 60176 | | 939.00 | NA | NA | 0.00 |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | 464.40 | NA | NA | 0.00 |
| | CitiBank Home Depot PO Box 6497 Sioux Falls, SD 57117 | | 2,592.00 | NA | NA | 0.00 |
| | Discover PO Box 30943 Salt Lake City, UT 84130 | | 1,966.79 | NA | NA | 0.00 |
| | Dish Dept 0063 Palatine, IL 60055-0063 | | 18.19 | NA | NA | 0.00 |
| | GE Capital PO Box 3083 Cedar Rapids, IA 52406-3083 | | 4,701.12 | NA | NA | 0.00 |
| | GE Capital PO Box 3083 Cedar Rapids, IA 52406-3083 | | 9,965.07 | NA | NA | 0.00 |
| | GECRB Hustler Bankruptcy Department PO Box 103104 Roswell, GA 30076 | | 2,977.54 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GECRB Walmart PO Box 965023 Orlando, FL 32896-5023 | | 383.00 | NA | NA | 0.00 |
| | GEMB Sams Club PO Box 103104 Roswell, GA 30076 | | 578.00 | NA | NA | 0.00 |
| | Great Lakes Kwik Space c/o Coface Collections PO Box 1389 Kenner, LA 70063 | | 611.00 | NA | NA | 0.00 |
| | HSBC Best Buy PO Box 5893 Carol Stream, IL 60197-5893 | | 3,117.00 | NA | NA | 0.00 |
| | HSBC Retail Services PO Box 5893 Carol Stream, IL 60197-5893 | | 14.85 | NA | NA | 0.00 |
| | Kohls Kohls Payment Center PO Box 3043 Milwaukee, WI 53201-3043 | | 165.00 | NA | NA | 0.00 |
| | NuWay Disposal Service Inc PO Box 9 Mokena, IL 60448 | | 297.46 | NA | NA | 0.00 |
| | Rosehill Creek Nursery Inc 12249 W Delaney Road Manhattan, IL 60442 | | 815.91 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Target c/o Northland Group PO Box 390846 Minneapolis, MN 55439 | | 6,621.03 | NA | NA | 0.00 |
| 9 | Ally Financial Inc. | 7100-000 | 5,414.98 | 5,414.98 | 5,414.98 | 0.00 |
| 8 | Capital Recovery V, Llc | 7100-000 | 383.00 | 442.92 | 442.92 | 0.00 |
| 10 | Colfin Bulls A Finance Sub, Llc | 7100-000 | NA | 406,044.42 | 330,369.26 | 0.00 |
| 1 | DISCOVER BANK | 7100-000 | NA | 3,156.23 | 3,156.23 | 0.00 |
| 5 | Fsb American Express Bank | 7100-000 | 3,945.26 | 3,945.26 | 3,945.26 | 0.00 |
| 7 | GE Capital Retail Bank | 7100-000 | 2,977.54 | 3,225.63 | 3,225.63 | 0.00 |
| | Illinois Department Of Revenue | 7100-000 | NA | 64.10 | 64.10 | 0.00 |
| 6 | N. A. Capital One | 7100-000 | 464.40 | 326.29 | 326.29 | 0.00 |
| 3 | N. A. Capital One Bank (Usa) | 7100-000 | 464.40 | 534.40 | 534.40 | 0.00 |
| 11 | Portfolio Recovery Associates, Llc | 7100-000 | 578.00 | 590.00 | 590.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 60,020.88 | $ 423,744.23 | $ 348,069.07 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-00684 | BWB | Judge: | Bruce W. Black | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|---|
| Case Name: | David C Tuuk | | | | | Date Filed (f) or Converted (c): | 01/08/2013 (f) |
| | Christine L Tuuk | | | | | 341(a) Meeting Date: | 02/04/2013 |
| For Period Ending: | 07/18/2015 | | | | | Claims Bar Date: | 05/15/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Location: 827 Somerset Street, New Lenox Il 60451, Also Secu | 184,100.00 | 0.00 | | 0.00 | FA |
| 2.  10 Acres In Green Gardens, Illinois | 100,000.00 | 0.00 | | 100,000.00 | FA |
| 3.  Wood Forest Bank | 0.00 | 0.00 | | 0.00 | FA |
| 4.  Chase Bank | 1,000.00 | 0.00 | | 0.00 | FA |
| 5.  1 Bed, Dresser, Couch, Tv, Desk | 500.00 | 0.00 | | 0.00 | FA |
| 6.  3 Beds, 1 Desktop Computer | 300.00 | 0.00 | | 0.00 | FA |
| 7.  Two Ordinary Adult Supplies | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Some Sports Equipment | 50.00 | 50.00 | | 0.00 | FA |
| 9.  Woodland Service Corporation | 0.00 | 0.00 | | 0.00 | FA |
| 10.  2006 Chevy Hhr With 92,000 Miles | 4,974.00 | 253.00 | | 0.00 | FA |
| 11.  2006 Chevy Aveo  4 Door With 72,000 Miles | 3,679.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| | | | | | |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $295,103.00 | $303.00 | | $100,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed owning real estate (primary residence and undeveloped farm land); Second lien holder asked Trustee to liquidate real estate and surcharge collateral; Trustee has hired a broker and counsel to market and sell the residence and farm land.

Exhibit 8

123013--Second lien holder has asked estate to market/sell Debtor's principal residence; Have hired broker to coordinate with Debtor to prepare same for sale; Following up with Debtor on status of clean-up/restoration of property for sale.

Estate tax return filed; Awaiting early response.  - Joji Takada 11/30/2014

Accountant to provide final fee application; Trustee preparing TFR. - Joji Takada 3/17/2015

TFR submitted to UST for review. - Joji Takada 4/15/2015


Initial Projected Date of Final Report (TFR): 01/13/2015          Current Projected Date of Final Report (TFR): 01/13/2015

# FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No: 13-00684 | | | Trustee Name: Joji Takada, Chapter 7 Trustee | | | |
| Case Name: David C Tuuk | | | Bank Name: Associated Bank | | | |
| Christine L Tuuk | | | Account Number/CD#: XXXXXX9801 | | | |
| | | | Checking | | | |
| Taxpayer ID No: XX-XXX0638 | | | Blanket Bond (per case limit): $5,000,000.00 | | | |
| For Period Ending: 07/18/2015 | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8095 | Transfer of Funds | 9999-000 | $8,587.76 | | $8,587.76 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $8,577.76 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $11.52 | $8,566.24 |
| 06/15/15 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $4,250.00 | $4,316.24 |
| 06/15/15 | 1002 | Callero and Callero LLP 7800 N. Milwaukee Avenue Niles, IL 60714 Attn: Ryan Matsui | Final distribution per court order. | 3410-000 | | $1,403.75 | $2,912.49 |
| 06/15/15 | 1003 | Illinois Department Of Revenue Bankruptcy Section Po Box 64338 Chicago, Il 60664-0338 | Final distribution per court order. | 5800-000 | | $29.28 | $2,883.21 |
| 06/15/15 | 1004 | State Of Arizona Ex Rel Dept Of Economic Security (Maria De Keys Todd Sheridan Assistant Attorney General 1275 W Washington Ste Code 775-C Phoenix, Az 85007 | Final distribution per court order. | 5800-000 | | $2,883.21 | $0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | $8,587.76 | $8,587.76 |
| Less: Bank Transfers/CD's | $8,587.76 | $0.00 |
| Subtotal | $0.00 | $8,587.76 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $8,587.76 |

Page Subtotals: $8,587.76    $8,587.76

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-00684 | | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| Case Name: | David C Tuuk | | Bank Name: | The Bank of New York Mellon |
| | Christine L Tuuk | | Account Number/CD#: | XXXXXX8095 |
| | | | | Checking |
| Taxpayer ID No: | XX-XXX0638 | | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 07/18/2015 | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/24/14 | | Chicago Title and Trust Company | Proceeds from sale | | $11,500.00 | | $11,500.00 |
| | | | Gross Receipts $100,000.00 | | | | |
| | | 2013 and 2014 Tax proration | Real estate taxes ($114.04) | 2500-000 | | | |
| | | Title charges | Title closing costs and expenses ($2,250.00) | 2500-000 | | | |
| | | Real estate broker's commission | Real estate broker commission payment ($10,000.00) | 3510-000 | | | |
| | | Will County Clerk--fees and taxes | Real estate taxes ($460.80) | 2500-000 | | | |
| | | Colfin Bulls a Finance Sub, LLC | Mortgage payoff ($75,675.16) | 4110-000 | | | |
| | 2 | | 10 Acres In Green Gardens, Illinois $100,000.00 | 1110-000 | | | |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $11,490.00 |
| 03/05/14 | 100001 | Clerk, U.S. Bankruptcy Court 219 S. Dearborn Chicago, IL 60604 | Administrative Expense Deferred filing fee | 2700-000 | | $176.00 | $11,314.00 |
| 03/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $15.43 | $11,298.57 |
| 04/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.90 | $11,281.67 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.23 | $11,265.44 |
| 06/06/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.75 | $11,248.69 |
| 07/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.18 | $11,232.51 |

Page Subtotals: $11,500.00    $267.49

Page: 3

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-00684 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: David C Tuuk | Bank Name: The Bank of New York Mellon |
| Christine L Tuuk | Account Number/CD#: XXXXXX8095 |
| | Checking |
| Taxpayer ID No: XX-XXX0638 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 07/18/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.70 | $11,215.81 |
| 09/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.67 | $11,199.14 |
| 09/09/14 | 100002 | Frank Gecker LLP 325 N. LaSalle Street, Suite 625 Chicago, Illinois 60654  Trustee Attorney | Payment to trustee professional | 3210-000 | | $2,500.00 | $8,699.14 |
| 09/09/14 | 100003 | Frank Gecker LLP 325 N. LaSalle Suite 625 Chicago, IL  60610 | Payment to trustee professional  Trustee Attorney | 3220-000 | | $58.74 | $8,640.40 |
| 10/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.64 | $8,625.76 |
| 11/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.82 | $8,612.94 |
| 12/05/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.39 | $8,600.55 |
| 01/08/15 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $12.79 | $8,587.76 |
| 01/26/15 | | Transfer to Acct # xxxxxx9801 | Transfer of Funds | 9999-000 | | $8,587.76 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,500.00 | $11,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $8,587.76 |
| Subtotal | $11,500.00 | $2,912.24 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,500.00 | $2,912.24 |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $11,232.51 |

Exhibit 9

### TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8095 - Checking | $11,500.00 | $2,912.24 | $0.00 |
| XXXXXX9801 - Checking | $0.00 | $8,587.76 | $0.00 |
| | $11,500.00 | $11,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $88,500.00 |
| Total Net Deposits: | $11,500.00 |
| Total Gross Receipts: | $100,000.00 |

Page Subtotals:                    $0.00            $0.00